IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| KWENTEL BROOMFIELD, | : | Case No. 1:23-cv-108 |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| vs. | : | |
| | : | |
| CORRECTIONS OFFICER BAILEY, et al., | : | |
| | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS**
**(Doc. 43)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 43), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety.

Accordingly, the Court **ORDERS** the following:

1. Defendants' Motion for Summary Judgment (Doc. 31) is **GRANTED IN PART** and **DENIED IN PART**:

    a. The Motion for Summary Judgment is **GRANTED** as to all claims asserted against Defendants Davis, Bailey, Gillum, and Bauer;

    b. The motion is **DENIED** as to the Eighth Amendment claims asserted against Defendants Dotson and Hale, and the First Amendment claims asserted against Defendants McAllister and Vickers.

2. Plaintiff's Motion to Amend his Complaint (Doc. 40) is **DENIED**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND